

## NUMBER 13-07-00685-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**DAN UZZELL, TRUSTEE,**                                                        **Appellant,**

**v.**

**JASPER T. ROE, IRREVOCABLE TRUST,**                              **Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on March 12, 2008. On June 3, 2008, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this

letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.  To date, appellant has neither filed his brief in this matter nor otherwise responded to the Court's notices.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered
and filed this the 21st day of August, 2008.